JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAURA J. MARTZ,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security, | Case No. 2:25-cv-03686-CAS-SK<br><br>**JUDGMENT FOR VOLUTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties Stipulation toVoluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ( Stipulation to Remand ) lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED  ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated:  10/6/2025

_____
THE HONORABLE STEVE KIM
U.S. MAGISTRATE JUDGE

-1-